UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

    Jesus A Morales                  Case No. 22-19258-LMI

        Debtor(s).                      Chapter 7
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Motion to Extend or Impose Automatic Stay and Notice of Hearing was sent to all parties on the attached service list on December 8, 2022.

Electronically: Scott N Brown, Trustee

First Class Mail:

Debtor(s), Jesus A. Morales
5775 W 20th Avenue #112
Hialeah, FL 33012-7552

All Creditors on the Matrix

                                      Respectfully Submitted:

                                      **ROBERT SANCHEZ, P.A.**
                                      Attorney for Debtor
                                      355 West 49th Street
                                      Hialeah, FL 33012
                                      Tel. 305-687-8008

                                      By:*/s/ Robert Sanchez*_____
                                      Robert Sanchez, Esq., FBN#0442161