UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:  
Jesus A Morales

CASE NO.: 22-19258-LMI

CHAPTER 7

_____Debtor(s)_____/

## AFFIDAVIT IN SUPPORT OF DEBTOR'S MOTION TO MODIFY

STATE OF FLORIDA  
COUNTY OF MIAMI-DADE

BEFORE ME, the undersigned authority personally appeared, Jesus Morales who after being duly deposes and says:

I, Jesus Morales, previously filed a chapter 7 case that was filed in good faith. Unfortunately, the case was dismissed due to an expired course.

Prior to filing the instant case I have completed a new Debtor Education course, which is valid.

FURTHER THE AFFIANT SAYETH NAUGHT!

_____  
Jesus Morales

Sworn to (or affirmed) and subscribed before me by means of [ X ] physical presence or [ ] online notarization, this 7th day of December, 2022, by Jesus Morales.

Personally known _____ or Produced identification ✓ Type: FL DL

MY COMMISSION EXPIRES: _____  
NOTARY PUBLIC



SARAH SANCHEZ CASTILLO  
Notary Public - State of Florida  
Commission # HH 23717  
My Comm. Expires Jul 26, 2024  
Bonded through National Notary Assn.